UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY BENSON, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>   -against-<br><br>ANCESTRY.COM OPERATIONS INC.,<br><br>          Defendant. | 1:25-cv-08147<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(A)(1)(A)(i)** |

   Plaintiff, Anthony Benson, ("Plaintiff") by and through his undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that he is voluntarily dismissing the above action with prejudice.

 Dated: New York, New York
    January 29, 2026

           **JOSEPH & NORINSBERG, LLC**
           By: *Robert Schonfeld*

           Robert Schonfeld, Esq.
           Jon L. Norinsberg, Esq.
           825 Third Avenue, Suite 2100
           New York, New York 10022
           Tel: (212)227-5700
           rschonfeld@employeejustice.com
           jon@norinsberglaw.com